In the Matter of CLIFFORD B. MOORE, Appellant, against GEORGE U. HARVEY, as President of the Borough of Queens, et al., Respondents.

(Argued October 3, 1935; decided October 22, 1935.)

*Roy P. Monahan* and *S. Bertram Friedman* for appellant.
*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Edmund L. Palmieri* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.